No. 25-2413

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**ADITYA W. HARSONO,**

Petitioner – Appellee,

v.

**DONALD J. TRUMP,** *et al.*,

Respondents – Appellants.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### District Court Case No. 25-cv-1976

## NOTICE OF METHOD OF APPENDIX PREPARATION

**BRETT A. SHUMATE**
**Assistant Attorney General**
**Civil Division**

**YAAKOV M. ROTH**
**Principal Deputy Assistant**
**Attorney General**

**DREW C. ENSIGN**
**Deputy Assistant Attorney General**
**Office of Immigration Litigation**

**ALANNA T. DUONG**
**DHRUMAN Y. SAMPAT**
**Senior Litigation Counsel**

**CRAIG A. NEWELL, JR.**
**Senior Litigation Counsel**
**Office of Immigration Litigation**
**Civil Division**
**Department of Justice**

**Attorneys for Appellants**

# NOTICE OF METHOD OF APPENDIX PREPARATION

      Counsel for the Parties have conferred on the method of appendix preparation and have agreed to file a joint appendix in this appeal.

                                          Respectfully submitted,

                                          YAAKOV M. ROTH
                                          Principal Deputy Assistant
                                          Attorney General
                                          Civil Division

                                          DREW C. ENSIGN
                                          Deputy Assistant Attorney General
                                          Office of Immigration Litigation

                                          ALANNA T. DUONG
                                          DHRUMAN Y. SAMPAT
                                          Senior Litigation Counsel

                                          <u>/s/ Craig A. Newell, Jr.</u>
                                          CRAIG A. NEWELL, JR.
                                          Senior Litigation Counsel
                                          Criminal Immigration Team
                                          Office of Immigration Litigation
                                          Civil Division, Department of Justice
                                          P.O. Box 878, Ben Franklin Station
                                          Washington, D.C. 20044
                                          (202) 514-0298

Dated: August 1, 2025               Craig.Newell@usdoj.gov

                                          Attorneys for Appellants

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    /s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Criminal Immigration Team
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov