No. 25-2413

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

ADITYA W. HARSONO,

Petitioner – Appellee,

v.

DONALD J. TRUMP, *et al.*,

Respondents – Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
District Court Case No. 25-cv-1976

APPELLANTS' DESIGNATION OF THE RECORD

| | |
|---|---|
| **BRETT A. SHUMATE**<br>Assistant Attorney General<br>Civil Division | **ALANNA T. DUONG**<br>**DHRUMAN Y. SAMPAT**<br>Senior Litigation Counsel |
| **YAAKOV M. ROTH**<br>Principal Deputy Assistant<br>Attorney General | **CRAIG A. NEWELL, JR.**<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division |
| **DREW C. ENSIGN**<br>Deputy Assistant Attorney General<br>Office of Immigration Litigation | Department of Justice<br><br>Attorneys for Appellants |

# APPELLANTS' DESIGNATION OF THE RECORD

The Government designates the following parts of the record:

| Item | Document | Docket Number |
|------|----------|---------------|
| 1 | Docket Sheet | |
| 2 | Habeas Petition | Dkt. No. 1 |
| 3 | Declaration of Aditya Harsono and Exhibits | Dkt. No. 5 |
| 4 | Declaration of Kerry Doyle and Exhibits | Dkt. No. 6 |
| 5 | Declaration of Sarah Gad and Exhibits | Dkt. No. 7 |
| 6 | Response to Petition | Dkt. No. 15 |
| 7 | Declaration of William Robinson and Exhibits | Dkt. No. 16 |
| 8 | Declaration of John Armstrong and Exhibits | Dkt. No. 17 |
| 9 | Reply | Dkt. No. 18 |
| 10 | Second Declaration of Sarah Gad and Exhibits | Dkt. No. 19 |
| 11 | Declaration of Adam Thompson | Dkt. No. 20 |
| 12 | Order | Dkt. No. 21 |
| 13 | Judgment | Dkt. No. 22 |
| 14 | Second Declaration of William Robinson | Dkt. No. 23 |

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant
Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ALANNA T. DUONG
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

/s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298

Dated: August 1, 2025                    Craig.Newell@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    /s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov