No. 25-2413

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

ADITYA W. HARSONO,

Petitioner – Appellee,

v.

DONALD J. TRUMP, *et al.*,

Respondents – Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
District Court Case No. 25-cv-1976

STATEMENT OF THE ISSUES

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant
Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ALANNA T. DUONG
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
Department of Justice

Attorneys for Appellants

## STATEMENT OF THE ISSUES

The issue on appeal is whether the district court erred by exercising jurisdiction over Petitioner's habeas petition and by ordering his release from immigration detention.

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant
Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ALANNA T. DUONG
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

/s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Dated: August 1, 2025                    Craig.Newell@usdoj.gov

Attorneys for Appellants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2025, I electronically filed the

foregoing with the Clerk of the Court for the United States Court of Appeals for

the Eighth Circuit by using the CM/ECF system.  I certify that all participants in

the case are registered CM/ECF users and that service will be accomplished by the

CM/ECF system.

     /s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov