No. 25-2413

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

## ADITYA W. HARSONO,

Petitioner – Appellee,

v.

## MATTHEW AKERSON, *et al.*,

Respondents – Appellants.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### District Court Case No. 25-cv-1976-KMM-JFD

## APPELLANTS' MOTION FOR STAY OF BRIEFING
## IN LIGHT OF LAPSE OF APPROPRIATIONS

**BRETT A. SHUMATE**
**Assistant Attorney General**
**Civil Division**

**YAAKOV M. ROTH**
**Principal Deputy Assistant**
**Attorney General**

**DREW C. ENSIGN**
**Deputy Assistant Attorney General**
**Office of Immigration Litigation**

**ALANNA T. DUONG**
**Senior Litigation Counsel**

**CRAIG A. NEWELL, JR.**
**Senior Litigation Counsel**
**Office of Immigration Litigation**
**Civil Division**
**Department of Justice**

**Attorneys for Appellants**

The United States of America hereby moves for a stay of briefing in the above-captioned case. Appellants' opening brief is currently due on October 8, 2025.

1.     At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Appellants. The Department does not know when such funding will be restored by Congress.

2.     Absent an appropriation, Department of Justice attorneys and employees of the federal Appellants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.     Undersigned counsel for the Department of Justice therefore requests a stay of briefing until Congress has restored appropriations to the Department.

4.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each

deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel, Kshithij Shrinath, Esq., has authorized counsel for the Government to state that Appellee takes no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant
Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

ALANNA T. DUONG
Senior Litigation Counsel

/s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov

Dated: October 1, 2025

Attorneys for Appellants

**CERTIFICATE OF COMPLIANCE**

I certify, pursuant to  Fed. R. App. P. 27(d), the foregoing motion is

proportionally-spaced, has a Times-Roman typeface of 14-points, and contains 280

words.

  /s/ Craig A. Newell, Jr.

CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
(202) 514-0298

Date:  October 1, 2025              Craig.Newell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

  /s/ Craig A. Newell, Jr.
CRAIG A. NEWELL, JR.
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0298
Craig.Newell@usdoj.gov