

P.O. Box 14720
Minneapolis, MN 55414
www.aclu-mn.org @aclumn

VIA CM/ECF

January 7, 2026

Hon. Susan Bindler, Clerk of the Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street Room 24.329
St. Louis, MO. 63102

      RE:    Notice of Related Cases:

            *Mohammed Hoque v. Donald J. Trump, et al*, 25-2516
            *Aditya Harsono v. Donald J. Trump, et al*, 25-2413

Dear Ms. Bindler:

I represent Petitioners-Appellees, Aditya Harsono and Mohammed Hoque, in the above two appeals filed by the government.

Out of caution, I am submitting this letter to note that the government's appeals present the same issue of law.

On December 8, 2025, Respondents-Appellants filed parallel motions for vacatur and dismissal in both appeals, which both of my clients opposed. Yesterday, the Court issued an order that the government's motion for vacatur and dismissal in *Hoque* will be taken with the case for consideration by the panel to which this case is submitted for disposition on the merits. The Court has not yet issued an order on the parallel government motion in *Harsono*.

Respectfully submitted,

/s/ **Benjamin Casper**
Benjamin Casper, Staff Attorney
American Civil Liberties Union of Minnesota
P.O. Box 14720
Minneapolis, MN 55414
bcasper@aclu-mn.org
651-271-6661


cc: Counsel for Respondents-Appellants (via CM/ECF)