# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 25-2413

_____

Aditya Wahyu Harsono

Petitioner - Appellee

v.

Matthew Akerson, in his official capacity as Kandiyohi County Jail Administrator; Peter B. Berg, in his official capacity as the St. Paul Field Office Director for U.S. Immigration and Customs Enforcement; Pamela Bondi, in her official capacity as United States Attorney General; Dan Hartog, in his official capacity as the Kandiyohi County Sheriff; Jamie Holt, in her official capacity as Homeland Security Investigations St. Paul Special Agent in Charge, U.S. Immigration and Customs Enforcement; Todd M. Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security; Marco Rubio, in his official capacity as Secretary of State; Donald Trump, in his official capacity as President of the United States

Respondents - Appellants

_____

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-01976-KMM)

_____

**JUDGMENT**

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

Appellants' motion for vacatur and dismissal is granted. The district court's order of May 14, 2025 and judgment of May 15, 2025, are hereby vacated, and the appeal is dismissed as moot.

January 08, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler